UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Dismissal with prejudice as to all defendants acknowledged [28].
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: January 30, 2024

| | |
|---|---|
| U.S. SPECIALITY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:22-cv-01163-MPB-TAB ) |
| CITY OF TIPTON and TIPTON MUNICIPAL UTILITIES, | ) ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL**

Plaintiff, U.S. Specialty Insurance Company ("USSIC"), and Defendants, City of Tipton and Tipton Municipal Utilities (collectively, "Tipton") through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss this action and all claims and defenses asserted therein with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated:  January 29, 2024

Respectfully submitted,

| | |
|---|---|
| */s/* David F. Cutter | */s/* Curtis T. Jones |
| David F. Cutter, Atty. No. 6037413 | Curtis T. Jones, Atty. No. 24967-64 |
| Emily R. Tripicchio, Atty. No. 6321640 | BOSE McKINNEY & EVANS LLP |
| BatesCarey LLP | 111 Monument Circle, Suite 2700 |
| 191 N. Upper Wacker Drive, Suite 2400 | Indianapolis, IN  46204 |
| Chicago, IL  60606 | (317) 684-5000 \| Fax:  (317) 684-5173 |
| (312) 762-3100 \| Fax:  (312) 762-3200 | E-mail Address:  cjones@boselaw.com |
| E-mail Address:  dcutter@batescarey.com | |
| E-mail Address:  etripicchio@batescarey.com | *Attorney for the Defendants, City of Tipton, and Tipton Municipal Utilities* |
| *Attorneys for Plaintiff, U.S. Specialty Insurance Company* | |